UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                           CASE NO: 2:15-cr-102-SPC-CM-1

CORDELL FELIX

## **ORDER**

This matter comes before the Court on the Non-Jury Trial held on March 10, 2016. The Government was represented by Assistant State Attorney Charles Schmitz. The Defendant was present and represented by Assistant Federal Public Defender Ellis Summers. After careful review and being fully advised in the premises thereof, it is

ORDERED, ADJUDGED, AND DECREED that:

1. Defendant Cordell Felix, being a person convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm in violation of Title 18, United States Code, Section 922(g)(1). The Court therefore finds Defendant Cordell Felix **GUILTY** of Count One of the Indictment.

2. The Defendant is adjudicated guilty of County One.

3. The Government failed to present any evidence as to Count Two of the Indictment. The Court therefore finds Defendant Cordell Felix **NOT GUILTY** of Count Two of the Indictment.

4. This matter is referred to the United States Probation Office for a Pre-Sentence Investigation Report.

5. Sentencing in this matter is set for June 20, 2016 at 10 am before the undersigned.

**DONE AND ORDERED** at Fort Myers, Florida, this 10th day of March 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record