UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.     Case No. 2:15-cr-102-FtM-38CM

CORDELL FELIX

_____

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) for a preliminary order of forfeiture for the following property:

    a.    One Rossi, .38 caliber revolver, Serial Number: 208796; and

    b.    Five rounds of assorted .38 caliber ammunition.

Being fully advised in the relevant facts, the Court finds as follows:

The defendant has been found guilty of being a convicted felon in possession of the firearm and ammunition described above, in violation of 18 U.S.C. § 922(g)(1), as charged in Count One of the Indictment.  The United States has established the requisite nexus between the defendant's crime of conviction and the property identified above.  Thus, the government is entitled to possession of the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.  Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the firearm and ammunition identified above

are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the firearm and ammunition.

**DONE AND ORDERED** in Fort Myers, Florida, on this 1st day of April, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE


Copies to: All Parties\Counsel of Record